USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/19/2018_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDAN T. REGAN,

                    Plaintiff,

          -against-                                      17 Civ. 6157 (AT)

EQUIFAX INFORMATION SERVICES LLC;                        **ORDER**
SANTANDER CONSUMER USA INC. d/b/a
CHRYSLER CAPITAL; VALLEY NATIONAL BANK;
MANHATTAN JEEP CHRYSLER DODGE, INC.; and
JEFFREY MONNINGER,

                              Defendants.

ANALISA TORRES, District Judge:

       For the reasons stated on the record today, Defendant Valley National Bank's motion to
dismiss, ECF No. 54, is DENIED.

       SO ORDERED.

Dated:  July 19, 2018
        New York, New York

                                          _____
                                          ANALISA TORRES
                                          United States District Judge